# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT PRIESTER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> EDEGREEADVISOR, LLC, <br><br> Defendant. | Case No. 5:15-cv-04218-NC <br><br> **CLASS ACTION** <br><br> **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE FROM DECEMBER 16, 2015, TO March 16, 2016** |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. The Initial Case Management Conference is continued from December 16, 2015, to March 16, 2016. Case management statement due March 9, 2016.
2. Deadline to amend the pleadings and add parties is February 3, 2016.
3. Defendants to file consent or declination to proceed before magistrate judge by February 17, 2016.

Dated: December 9, 2015

By: _____
Hon. Nathanael M. Cousins

---

**ORDER GRANTING MOTION TO CONTINUE**
-1-