# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **ROOSEVELT PRIESTER**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDEGREEADVISOR, LLC,<br><br>Defendant. | Case No. 5:15-cv-04218-NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED that the Stipulation to Continue Initial Case Management Conference from March 16, 2016, to May 16, 2016, is hereby granted. The Initial Case Management Conference for is now set for May 18, 2016 at 10:00 a.m. in Courtroom 7, 4th Floor, San Jose. An updated case management statement is due by May 11, 2016.

Dated this 10th day of March, 2016

_____
The Honorable Nathanael M. Cousins



Order - 1